# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Abdiwali M. A.,

                Petitioner,

v.

Secretary Homeland Security; Attorney
General William Barr[1]; Scott Baniecke,
ICE Field Office Director; and Kurt
Freitag, Freeborn County Sheriff,

                Respondents.

Civil No. 18-2793 (DWF/TNL)

## ORDER ADOPTING REPORT
## AND RECOMMENDATION

The above matter comes before the Court upon the Report and Recommendation
of United States Magistrate Judge Tony N. Leung dated April 17, 2019.  (Doc. No. 21.)
No objections have been filed to that Report and Recommendation in the time period
permitted.  The factual background for the above-entitled matter is clearly and precisely
set forth in the Report and Recommendation and is incorporated by reference.  Based
upon the Report and Recommendation of the Magistrate Judge and upon all of the files,
records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.     Magistrate Judge Tony N. Leung's April 17, 2019 Report and
Recommendation (Doc. No. [21]) is **ADOPTED**.

---

[1]     William P. Barr is substituted for Matthew Whitaker pursuant to Federal Rule of
Civil Procedure 25(d).

2.      Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241

(Doc. No. [1]) is **DENIED AS MOOT.**

3.      This action is **DISMISSED WITHOUT PREJUDICE** for lack of

jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 14, 2019          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge